## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

C. H. Robinson Company, a Delaware corporation,

        Plaintiff,

v.

Zurich American Insurance Company, a New York corporation; and United States Fire Insurance Company, a New York corporation,

        Defendants.

Court File No. 02-CV-4794 (PAM/RLE)

**ORDER TO SHOW CAUSE**

This matter came on for consideration before the undersigned on Plaintiff C.H. Robinson's Motion for an Order to Show Cause Why the Terms of C.H. Robinson Company's Settlement with U.S. Fire Should Not Be Enforced as to Defendant U.S. Fire Insurance Company.

**IT IS HEREBY ORDERED** that:

1. Plaintiff C.H. Robinson's motion is granted.

2. Defendant U.S. Fire Insurance Company shall appear before the undersigned on June 21, 2005 at 9 a.m. and show cause why the settlement between Plaintiff C.H. Robinson and U.S. Fire under which U.S. Fire was to pay $2,950,000 to C.H. Robinson within 15 days should not be enforced.

Dated: June 20, 2005

s/Paul A. Magnuson
Honorable Paul A. Magnuson